## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: NOVEMBER 3, 2020 GENERAL
ELECTION

PETITION OF: KATHY BOOCKVAR,
SECRETARY OF THE COMMONWEALTH
OF PENNSYLVANIA

: No. 149 MM 2020
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2020, the Application for King's Bench relief is **GRANTED**, limited to the following issue:

> Whether the Election Code authorizes or requires county election boards to reject voted absentee or mail-in ballots during pre-canvassing and canvassing based on signature analysis where there are alleged or perceived signature variances?

The Court will decide this issue based on the current filings; however, supplemental filings are permitted to be submitted by Friday, October 16, 2020, at 5 p.m. No other filings will be permitted thereafter.

    Further, the motions to intervene filed by the following entities are **GRANTED**: Donald J. Trump for President, Inc., Republican Party of Pennsylvania, Republican National Committee, and National Republican Congressional Committee. The motions to intervene filed by the following individuals are **DENIED**: Elizabeth Radcliffe, a qualified elector, Bryan Cutler, Speaker of the Pennsylvania House of Representatives, Kerry Benninghoff, Majority Leader of the Pennsylvania House of Representatives, Joseph B. Scarnati III, Pennsylvania Senate President Pro Tempore, and Jake Corman, Senate

Majority Leader. *See* Pa.R.C.P. 2329(2). However, those individuals denied intervenor status are granted leave of court to file briefs as *amicus curiae*, pursuant to Pa.R.A.P. 531.

The motion for leave to file an *amicus* brief filed by the Brennan Center for Justice is **GRANTED**.

Any filings submitted by the Court's deadline by a non-party or non-intervenor will be accepted as an *amicus* brief.

Justice Dougherty files a concurring statement

Justice Baer files a dissenting statement.

Chief Justice Saylor and Justice Mundy dissent.